E. PHILLIP CROWELL et al., as Trustees of School District No. 6 of the Town of Salina, Respondents, v. TOWN OF SALINA, Appellant.— Motion for reargument denied. (See memorandum filed in *Buchanan* v. *Town of Salina, ante,*

p. 800, decided herewith.) Present — Taylor, P. J., Dowling, McCurn, Larkin and Love, JJ. [See *ante,* p. 207.]